IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALLSTATE PROPERTY AND CASUALTY**            **PLAINTIFF**
**INSURANCE COMPANY**

**v.**            **CIVIL ACTION NO. 1:24-cv-110-TBM-RPM**

**JALEN LEVERETTE**            **DEFENDANT**

## DEFAULT JUDGMENT

In accordance with the Order Granting Motion for Default Judgment entered this day, the Court finds no coverage existed under the Allstate policy that existed between Allstate and its named insured, Collie L. Leverette, relative to the personal injury claim asserted against Jalen Leverette by Deputy Dueitt arising from the February 1, 2024, incident. This CASE is CLOSED.

This, the 7th day of August, 2024.

                                           TAYLOR B. McNEEL
                                           UNITED STATES DISTRICT JUDGE